

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC.,** Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's order of January 23, 2014, denying appellant's plea to the jurisdiction. Appellant timely filed its notice of appeal on January 23, 2014. The reporter's record was due February 3, 2014, and a record was filed on February 4, 2014. Apparently, after the reporter's record and clerk's record were filed, and this court had set a due date for appellant's brief, appellant requested the reporter file an additional volume of reporter's record. On March 10, 2014, the court reporter filed a notification of late record stating the additional portion of the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We **order** appellant to provide written proof to this court on or before **March 17, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). We advise appellant that its brief is still due March 31, 2014, but if appellant fails to comply with this order, the court will consider those issues or points raised in appellant's brief that require only those portions of the record already on file in this court. *Cf.* TEX. R. APP. P. 37.3(c).

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____

Keith E. Hottle
Clerk of Court